DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*
Attorneys for the United States.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GRANT CONNECT, LLC et al., ) <br> ) <br> Defendants. ) | Case No.  2:09-CV-01349-PMP-RJJ |

### MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

The United States of America, by and through the United States Attorney for the District of Nevada, and pursuant to LR IA 10-3, respectfully requests that this honorable Court permit Dotan Weinman to practice before this honorable Court in all matters relating to the above-captioned case.

Dotan Weinman is an attorney with the Federal Trade Commission, an agency of the Federal Government.  Mr. Weinman is a member in good standing of the New York Bar, Bar Number 4398657.

. . .

1  Accordingly, the United States respectfully requests that an order be issued allowing
2  Dotan Weinman to practice before this honorable Court.
3  DATED this 29th day of July, 2010

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

  /s/ Blaine T. Welsh
BLAINE T. WELSH
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: __July 30, 2010__

**PROOF OF SERVICE**

I, Blaine T. Welsh, certify that the following individuals were served the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing**

Dean Y. Kajioka
Kajioka & Associates
810 S. Casino Center Blvd.
Las Vegas, Nevada 89101
702-366-1528
Email: kajiokalaw@gmail.com

Randolph L. Howard
Kolesar & Leatham, Chtd.
3320 W. Sahara Avenue Suite 380
Las Vegas, Nevada 89102
(702) 362-7800
Email: rhoward@klnevada.com

Douglas A. Mitchell
Boies Schiller & Flexner, LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
(702) 382-7300
Email: dmitchell@bsfllp.com

Jason J. Bach
The Bach Law Firm, LLC
6053 South Fort Apache #130
Las Vegas, Nevada 89148
(702) 925-8787
Email: jbach@bachlawfirm.com

Gary Owen Caris & Lesley Anne Hawes
McKenna Long & Aldridge LLP
444 South Flower Street 8th Floor
Los Angeles, California 90071-2901
213-688-1000
Email: gcaris@mckennalong.com; lhawes@mckennalong.com

**U.S. Mail**

Rachel A. Cook
9329 Colorful Rainbow
Las Vegas, Nevada 89166

Kyle R. Kimoto
P.O. Box 800
Herlong, California 96113

DATED: this 29th day of July, 2010

                                              */s/ Blaine T. Welsh*
                                              BLAINE T. WELSH
                                              Assistant United States Attorney