UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| Plaintiff, | ) | 2:09-cv-1349-PMP-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| GRANT CONNECT, LLC., | ) | **AMENDED ORDER** |
| | ) | |
| Defendant, | ) | |
| | ) | |

This matter is before the Court on Plaintiff, Federal Trade Commission's Motion for Leave to Depose Confined Defendant Kyle R. Kimoto (#172).

The Court having reviewed the Motion (#172), the Opposition (#178) and the file herein makes the following findings:

1.    Kyle R. Kimoto, is a defendant in this case and is a federal prisoner.

2.    Kyle R. Kimoto is currently incarcerated at the Federal Correctional Institution Herlong, located in Herlong, California.

3.    Testimony of Defendant Kyle R. Kimoto is necessary.

Based on the foregoing and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff, Federal Trade Commission's Motion for Leave to Depose Confined Defendant Kyle R. Kimoto (#172) is **GRANTED.**

IT IS FURTHER ORDERED that the deposition of Defendant, Kyle R. Kimoto shall be noticed and taken at the institution where Mr. Kimoto is incarcerated.

DATED this  1st  day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge