UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | 2:09-CV-01349-PMP-RJJ |
| v. | **ORDER** |
| GRANT CONNECT, LLC, et al., | |
| Defendants. | |

The Court having read and considered the Receiver's fully-briefed Motion for Order Authorizing Payment of Receiver's Fees and Expenses for the Period from October 1, 2009 through May 31, 2010, (Doc. #184) and the arguments presented at the hearing conducted October 18, 2010, and good cause appearing,

**IT IS ORDERED** that the Receiver's Motion for Order Authorizing Payment of Receiver's Fees and Expenses for the Period from October 1, 2009 through May 31, 2010, (Doc. #184) is **GRANTED**, and that the fees and costs specified therein may be paid.

DATED: October 19, 2010.

_____
PHILIP M. PRO
United States District Judge