**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |  |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | Case No. 2:09-CV-01349-PMP-RJJ |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| GRANT CONNECT, LLC, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

_____

**STIPULATION AND PROPOSED ORDER TO**
**CONTINUE THE HEARING ON DEFENDANT JOHNNIE SMITH'S**
**MOTION TO DISMISS AND KYLE KIMOTO'S MOTION FOR SUMMARY**
**JUDGMENT AND/OR TO DISMISS COMPLAINT**

WHEREAS, a hearing on (1) Defendant Johnnie Smith's Motion to Dismiss Pursuant to

FRCP 12(b)(6) and FRCP 9(b) and to Postpone Discovery [D.E. 149] and (2) Defendant Kyle

Kimoto's Motion for Summary Judgment and/or to Dismiss Complaint [D.E. 155] is set for

November 22, 2010 at 10:00 AM (the "November 22nd Hearing").

WHEREAS, Defendants Johnnie Smith and Kyle Kimoto[1] and Plaintiff Federal Trade

Commission wish to continue the November 22nd Hearing as they continue to negotiate a

resolution of this matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1.  The November 22nd Hearing is continued and is reset for Monday, February 14, 2011,
    at 1:30 p.m. in Courtroom 7C.

_____

[1] Pro se Defendant Kyle Kimoto, who is incarcerated, has informed the Federal Trade Commission in an
email, attached herein as Exhibit A, that he wishes to continue the hearing on his Motion for Summary
Judgment and/or to Dismiss the Complaint.

1

2

**IT IS SO ORDERED:**

3

_____

4

UNITED STATES DISTRICT JUDGE

5

DATED: _ November 18, 2010

6

7

**IT IS SO STIPULATED:**

8

9

10

/s/ Roberto Anguizola                     /s/ Michael Mascarello

ROBERTO ANGUIZOLA                          JASON J. BACH, ESQ.

11

ranguizola@ftc.gov                         MICHAEL MASCARELLO, ESQ.

TRACEY THOMAS                              THE BACH LAW FIRM, LLC

12

tthomas@ftc.gov                            6053 S. Ft. Apache Rd., Suite 130

DOTAN WEINMAN                              Las Vegas, Nevada 89148

13

dweinman@ftc.gov                           Tel: 702-925-8787

Federal Trade Commission                   Email: jbachl@bachlawfirm.com

14

600 Pennsylvania Avenue, NW, H-286

15

Washington, DC 20580                       **Attorney for Defendant Johnnie Smith**

202-326-3284 (Anguizola)

16

202-326-2704 (Thomas)

202-326-3049 (Weinman)

17

202-326-3395 (Fax)

18

**Attorneys for Plaintiff Federal Trade**

**Commission**

19

20

21

22

23

24

25

1

**<u>Certificate of Service</u>**

2        I hereby certify that on November 17, 2010, I electronically filed the foregoing document

3    with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all

4    counsel of record.  Additionally, I served all of the counsel and parties listed on the attached

5    Service List by the methods indicated therein.

6

7                                                          _____

8                                                               Dotan Weinman

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**SERVICE LIST**

*Grant Connect, et al.*, Case No. 2:09-CV-01349-PMP-RJJ

**Served Via CM/ECF**

| | |
|---|---|
| DOUGLAS A. MITCHELL, ESQ.<br>BOIES, SCHILLER & FLEXNER, LLP<br>300 South Fourth St., Suite 800<br>Las Vegas, NV 89101<br>Tel: (702) 382-7300<br>Fax: (702) 382-2755<br>Email: dmitchell@bsfllp.com<br><br>**Attorney for Defendants Juliette M.<br>Kimoto; Juliette M. Kimoto Asset<br>Protection Trust, Pink LP; Vantex Group,<br>LLC; and Vertek Group, LLC** | DEAN Y. KAJIOKA, ESQ.<br>KAJIOKA & ASSOCIATES<br>810 S. Casino Center Blvd.<br>Las Vegas, NV 89101<br>Tel.: (702) 366-1528<br>Fax: (702) 366-1653<br>Email:  kajiokalaw@gmail.com<br><br>**Attorney for Defendants Steven R.<br>Henriksen, Acai, Inc., Allclear<br>Communications, Inc., Dragon Group,<br>Inc., Elite Benefits, Inc., Global<br>Fulfillment, Inc., Global Gold, Inc.,<br>Healthy Allure, Inc., MSC Online, Inc.,<br>Paid To Process, Inc., Premier Plus<br>Member, Inc., Total Health, Inc., Vcomm,<br>Inc.** |
| JASON J. BACH, ESQ.<br>THE BACH LAW FIRM, LLC<br>6053 S. Ft. Apache Rd., Suite 130<br>Las Vegas, Nevada 89148<br>Tel: 702-925-8787<br>Email: jbachl@bachlawfirm.com<br><br>**Attorney for Defendant Johnnie Smith** | GARY OWEN CARIS, ESQ.<br>LESLEY ANNE HAWES, ESQ.<br>MCKENNA LONG & ALDRIDGE LLP<br>300 South Grand Avenue, 14th Floor<br>Los Angeles , CA 90071-2901<br>Tel. (213) 688-1000<br>Fax. (213) 243-6330<br>Email: gcaris@mckennalong.com<br>          lhawes@mckennalong.com<br><br>**Attorneys for Receiver Robb Evans** |

RANDOLPH L. HOWARD, ESQ.
KOLESAR & LEATHAM, CHTD.
3320 W. Sahara Avenue
Suite 380
Las Vegas , NV 89102-
Tel. (702) 362-7800
Fax: (702) 362-9472
Email: rhoward@klnevada.com

**Attorney for Receiver Robb Evans**

**Served Via Electronic Mail**

RACHAEL A. COOK
9329 Colorful Rainbow Avenue
Las Vegas, NV 89166-3777
Tel.  (702) 353-4597
Email: rachaelcook123@gmail.com

**On her own behalf**

TASHA JN PAUL
Email: writetasha@yahoo.com

**On her own behalf**

JAMES J. GRAY
281 Stafford Way
Rochester, NY 14626
Email:  jimgraycontact@gmail.com

**On his own behalf**

RANDY D. O'CONNELL
467 Vancouver Ct.
Reno, NV 89511
Email: rdocontact@gmail.com

**On his own behalf**

THOMAS E. GRAHAM, ESQ.
GRAHAM LAW FIRM
2714 Rothwood Dr.
Charlotte, NC 28211
Tel.: 704-365-0600
Email:  thom@grahamiplaw.com

**Settlement Counsel for Defendants Randy
D. O'Connell; James J. Gray; Grant
Connect, LLC; Horizon Holdings, LLC;
and O'Connell Gray, LLC**

**Served Via United States Mail**

Kyle R. Kimoto
Register # 07791-025
FCI Herlong
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113
Email:  07791025@inmatemessage.com

**On his own behalf**

Michael L. Henriksen, Jr.
5916 Wildhorse Ledge Ave
Las Vegas, NV 89131-1977
Email:  tikaharakore@gmail.com

**On his own behalf**