**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

FEDERAL TRADE COMMISSION,             )    Case No. 2:09-CV-01349-PMP-RJJ
      Plaintiff,                             )
v.                                                        )
GRANT CONNECT, LLC, et al.,              )
      Defendants.                          )
_____

## ORDER EXTENDING TIME TO SERVE SHAUN OLMSTEAD

Upon consideration of Plaintiff Federal Trade Commission's Motion Seeking Additional Time to Serve Shaun Olmstead with Order to Show Cause, and the accompanying memorandum of points, and finding good cause for said Motion,

IT IS HEREBY ORDERED that:

(1) Plaintiff's Motion is **GRANTED**.

(2) Plaintiff shall serve a copy of this Order, and the September 29, 2010 Order to Show Cause [D.E. 208], on Shaun Olmstead by personal service, or service by certified mail, return receipt requested. Proof of compliance with this service requirement must be filed with the Court.

(3) Plaintiff shall have to, and including, January 14, 2011, to complete service as set forth in this Order.

(4) On or before January 28, 2011, Shaun Olmstead shall file a statement with the Court and show cause, if any he has, why he should not be held in contempt of court for his failure to appear for

1

his August 26, 2010, deposition in the Philippines pursuant to the Court's Order (#179).

**IT IS SO ORDERED**:

_____
Robert J. Johnston

DATED: <u>  Nov. 22, 2010  </u>