UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | 2:09-CV-01349-PMP-RJJ |
| v. | **ORDER** |
| GRANT CONNECT, LLC, et al., | |
| Defendants. | |

The Court having read and considered SunFirst Bank's Motion to Permit SunFirst Bank to File a Utah State Court Deficiency Action Against Juliette Kimoto (Doc. #196), filed on September 16, 2010, Defendant Juliette Kimoto's Response in Opposition thereto (Doc. #221) filed October 29, 2010, and the Receiver's Reply Memorandum (Doc. #222) filed November 12, 2010, and good cause appearing,

**IT IS ORDERED that** SunFirst Bank's Motion to Permit SunFirst Bank to File a Utah State Court Deficiency Action Against Juliette Kimoto (Doc. #196) is **DENIED**.

DATED: January 3, 2011.

_____
PHILIP M. PRO
United States District Judge