RANDOLPH L. HOWARD (Nev. SBN 006688)
e-mail:  rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
3320 West Sahara Ave., Suite 380
Las Vegas, NV 89102
Telephone:   (702) 362-7800
Facsimile:    (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
e-mail:  gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
e-mail:  lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-2901
Telephone:   (213) 688-1000
Facsimile:    (213) 243-6330

Attorneys for Receiver
ROBB EVANS of ROBB EVANS &
ASSOCIATES LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GRANT CONNECT, LLC; et al.,<br><br>Defendants. | Case No. 2:09-CV-01349-PMP-RJJ<br><br>**ORDER ON RECEIVER'S MOTION FOR ORDER TO SHOW CAUSE WHY GLOBAL GOLD, INC. AND STEVEN R. HENRIKSEN SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATION OF THE: (1) PRELIMINARY INJUNCTION ORDER AS TO DEFENDANTS GLOBAL GOLD, INC.; PINK LP; VANTEX GROUP LLC; VERTEK GROUP, LLC; RACHAEL A. COOK; STEVEN R. HENRIKSEN; AND JULIETTE M. KIMOTO; AND (2) AMENDED MINUTE ORDER OF PROCEEDINGS ENTERED OCTOBER 19, 2010**<br><br>**Date:     March 14, 2011**<br>**Time:    2:30 p.m.**<br>**Place:   Courtroom 7C** |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:17821340.1

The hearing on the Receiver's Motion for Order to Show Cause Why Global Gold, Inc. and Steven R. Henriksen Should Not Be Held in Contempt of Court for Violation of the (1) Preliminary Injunction Order as to Defendants Global Gold, Inc.; Pink L.P.; Vantex Group LLC; Vertek Group, LLC; Rachel A. Cook; Steven R. Henriksen; and Juliette M. Kimoto; and (2) Amended Minute Order of Proceedings Entered October 19, 2010 ("Motion") filed by the Receiver Robb Evans of Robb Evans & Associates LLC ("Receiver") came on regularly for hearing at the above-referenced date, time and place, the Honorable Philip M. Pro, United States District Judge presiding.  Gary Owen Caris of McKenna Long & Aldridge LLP appeared on behalf of the Receiver; Tracey Thomas and Dotan Weinman appeared on behalf of Plaintiff Federal Trade Commission; Dean Y. Kajioka of Kajioka & Associates appeared on behalf of defendants Global Gold, Inc. and Steven R. Henriksen; and Douglass A. Mitchell of Boies Schiller & Flexner appeared on behalf of defendants Juliette M. Kimoto, Pink L.P., Vantex Group, LLC and Vertek Group, LLC.  The Court, having read and considered the Motion, the response to the Motion by defendants Global Gold, Inc. and Steven R. Henriksen, and the Receiver's reply, and having heard and considered the arguments of counsel, and good cause appearing therefor,

IT IS ORDERED that:

1.     Not more than thirty (30) days from the date of entry of this Order, defendants Global Gold, Inc. and Steven R. Henriksen shall turn over to the Receiver all funds, documents and assets of Global Gold Limited, including without limitation all funds held in all bank accounts of Global Gold Limited in New Zealand.

2.     If defendants Global Gold, Inc. and Steven R. Henriksen fail to timely turn over all funds, documents and assets of Global Gold Limited pursuant to the provisions of paragraph 1 of this Order, then Global Gold, Inc. and Steven R. Henriksen shall be immediately held in contempt of Court.  In such event, the Court

1  shall then determine the appropriate sanctions for such contempt as to Global Gold,
2  Inc. and Steven R. Henriksen.
3       3.    This Order shall be effective as to Global Gold, Inc. and Steven R.
4  Henriksen upon service by electronic transmission upon their counsel, Dean Y.
5  Kajioka.

6  DATED:   March 15, 2011.

   _____
   The Honorable Philip M. Pro
   United States District Judge

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, 14th Floor, Los Angeles, CA 90071.

On March 15, 2011, I served the **ORDER ON RECEIVER'S MOTION FOR ORDER TO SHOW CAUSE WHY GLOBAL GOLD, INC. AND STEVEN R. HENRIKSEN SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATION OF THE: (1) PRELIMINARY INJUNCTION ORDER AS TO DEFENDANTS GLOBAL GOLD, INC.; PINK LP; VANTEX GROUP LLC; VERTEK GROUP, LLC; RACHAEL A. COOK; STEVEN R. HENRIKSEN; AND JULIETTE M. KIMOTO; AND (2) AMENDED MINUTE ORDER OF PROCEEDINGS ENTERED OCTOBER 19, 2010** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on March 15, 2011 at Los Angeles, California.

/s/ Pamela A. Coates
Pamela A. Coates

# SERVICE LIST

The following CM/ECF participants were served by electronic means on March 15, 2011:

| | |
|---|---|
| Blaine T. Welsh | Blaine.Welsh@usdoj.gov, Eunice.jones@usdoj.gov, sue.knight@usdoj.gov |
| Dean Y. Kajioka | kajiokalaw@gmail.com |
| Douglass A. Mitchell | dmitchell@bsfllp.com, swisniewski@bsfllp.com |
| Gary Owen Caris | gcaris@mckennalong.com, lhawes@mckennalong.com. p.coates@mckennalong.com |
| Lesley Anne Hawes | lhawes@mckennalong.com. gcaris@mckennalong.com, p.coates@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Roberto Anguizola | ranguizola@ftc.gov, ranguizola@me.com |
| Tracey Thomas | tthomas@ftc.gov |
| Robin E. Perkins | rperkins@dixontruman.com |
| Jason J. Bach | jbach@bachlawfirm.com, ccross@bachlawfirm.com, mmascarello@bachlawfirm.com, Sandra.herbstreit@bachlawfirm.com |
| Ruthanne M. Deutsch | rdeutsch@ftc.gov |
| Dotan Weinman | dweinman@ftc.gov |

The following non-CM/ECF participant was served by electronic mail on March 15, 2011:

Tasha Jn Paul – writetasha@yahoo.com

The following non-CM/ECF participants were served by first-class mail, postage prepaid on March 15, 2011:


1  
2  Rachel A. Cook  
   9329 Colorful Rainbow  
3  Las Vegas, Ne 89166  

4  
   Kyle Kimoto  
5  07791-025  
   Federal Correctional Institution – Herlong  
6  P.O. Box 800  
7  Herlong, CA 96113  

8  
   James J. Gray  
9  281 Stafford Way  
   Rochester, NY 14626  
10  

11  Randy D. O'Connell  
    467 Vancouver Court  
12  Reno, NV 89511  

13  

14     The following non-CM/ECF participant was served by first-class mail,

15  postage prepaid, and electronic mail, on March 15, 2011:

16  

17  Michael L. Henriksen, Jr.  
    5916 Wildhorse Lodge  Avenue  
18  Las Vegas, NV 89131-8977  
    E-mail:  tikaharakore@gmail.com  
19  

20  
21  
22  
23  
24  
25  
26  
27  
28  

MCKENNA LONG & ALDRIDGE LLP  
ATTORNEYS AT LAW  
LOS ANGELES

6

LA:17821340.1