UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GRANT CONNECT, LLC; GLOBAL GOLD, INC.; HORIZON HOLDINGS, LLC; O'CONNELL GRAY, LLC; PINK LP; VANTEX GROUP, LLC; VERTEK GROUP, LLC; RACHAEL A. COOK; JAMES J. GRAY; STEVEN R. HENRIKSEN; JULIETTE M. KIMOTO; AND RANDY D. O'CONNELL,<br><br>Defendants. | 2:09-CV-01349-PMP-RJJ<br><br>ORDER |

Having read and considered the parties' responses to the Order to Show Cause (Doc. #301), and good cause appearing,

IT IS ORDERED that Defendant Steven R. Henriksen need take no further action and the Order to Show Cause (Doc. #301) is deemed satisfied.

DATED: October 25, 2011

_____
PHILIP M. PRO
United States District Judge