UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

GRANT CONNECT, LLC; GLOBAL GOLD, INC.; HORIZON HOLDINGS, LLC; O'CONNELL GRAY, LLC; PINK LP; VANTEX GROUP, LLC; VERTEK GROUP, LLC; RACHAEL A. COOK; JAMES J. GRAY; STEVEN R. HENRIKSEN; JULIETTE M. KIMOTO; AND RANDY D. O'CONNELL,

    Defendants.

2:09-CV-01349-PMP-RJJ

ORDER

    Having read and considered the fully briefed Motion for Order Approving and Authorizing Payment of Receiver's Fees and Expenses for the Period from June 1, 2010 Through May 31, 2011 and Limiting Notice Under Local Rule of Practice 66-5 (Doc. #334) filed by Robb Evans & Associates LLC ("Receiver"), the Court-appointed Receiver for Global Gold Inc.; Pink LP; Vantex Group LLC; Vertek Group, LLC; Grant Connect, LLC; Horizon Holdings, LLC; and O'Connell Gray, LLC and their successors, assigns, affiliates, or subsidiaries, and good cause appearing,

    IT IS ORDERED that:

    1. The fees and expenses of the Receiver for the period from June 1, 2010 through May 31, 2011, comprised of the following: (1) fees of the Receiver and his staff of $35,257.87 and Receiver's costs of $16,805.12, and (b) total legal fees of $77,207.20 and

1  costs of $3,745.43 incurred to the Receiver's counsel McKenna Long & Aldridge LLP, for
2  a total of $133,015.62, are hereby approved and authorized to be paid by the Receiver from
3  receivership assets; and

4      2.  The notice of the Motion as provided by the Receiver is hereby deemed
5  sufficient under the circumstances and the Receiver is relieved of the obligation to provide
6  notice of the Motion under Local Rule of Civil Practice 66-5.

8  DATED: October 25, 2011

_____
PHILIP M. PRO
United States District Judge

2