UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

GRANT CONNECT, LLC, et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)

2:09-CV-01349-PMP-RJJ

**ORDER**

      **IT IS ORDERED that** Defendant Michael L. Henriksen, Jr.'s Motion to Seal Defendant Michael L. Henriksen, Jr.'s Response to Plaintiff Federal Trade Commission's Motion for Summary Judgment (Doc. #312) is **DENIED**.

      **IT IS FURTHER ORDERED that** Defendants' Motion to File Excess Pages (Doc. #318) is **GRANTED**.

DATED:  October 31, 2011.

_____
PHILIP M. PRO
United States District Judge