UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

GRANT CONNECT, LLC, et al.,

    Defendants.

Case No. 2:09-CV-01349-PMP-RJJ

**FINAL MONETARY JUDGMENT**

On October 25, 2011, the Court entered a Permanent Injunction (Doc. # 346) and awarded the FTC equitable monetary relief in the amount of $29,784,770.52 plus pre-judgment interest (Doc. # 343). The applicable pre-judgment interest is $111,352.08.

**IT IS HEREBY ORDERED AND ADJUDGED** that a monetary judgment in the amount of **$29,896,122.60** is entered in favor of the FTC and jointly and severally against the following defendants: Rachael A. Cook; James J. Gray; Steven R. Henriksen; Michael L. Henriksen, Jr.; Tasha Jn Paul; Kyle R. Kimoto; Randy D. O'Connell; Grant Connect, LLC; Horizon Holdings, LLC; O'Connell Gray, LLC; Consolidated Merchant Solutions, LLC; OS Marketing Group, LLC; Acai, Inc.; AllClear Communications, Inc.; Dragon Group, Inc.; Elite Benefits, Inc.; Global Fulfillment, Inc.; Global Gold, Inc.; Global Gold Limited; Healthy Allure, Inc.; MSC Online, Inc.; Paid to Process, Inc.; Premier Plus Member, Inc.; Total Health, Inc.; and Vcomm, Inc.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 2, 2011