UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

GRANT CONNECT, LLC, et al.,

    Defendants.

2:09-CV-01349-PMP-RJJ

**ORDER**

**IT IS ORDERED** that the Receiver's Motion for Extension of Deadlines (Doc. #363) filed January 4, 2012, is **GRANTED** and that the Receiver shall have an additional 30 days, to and including **February 6, 2012**, within which to file the Receivers Final Fee Motion.

DATED: January 5, 2012.

_____
PHILIP M. PRO
United States District Judge