1   RANDOLPH L. HOWARD (Nev. SBN 006688)
       rhoward@klnevada.com
2   KOLESAR & LEATHAM, CHTD.
    3320 West Sahara Ave., Suite 380
3   Las Vegas, NV 89102
    Telephone:   (702) 362-7800
4   Direct:         (702) 889-7752
    Facsimile:    (702) 362-9472
5
    GARY OWEN CARIS (Cal. SBN 088918)
6      gcaris@mckennalong.com
    LESLEY ANNE HAWES (Cal. SBN 117101)
7      lhawes@mckennalong.com
    MCKENNA LONG & ALDRIDGE LLP
8   300 South Grand Avenue, 14th Floor
    Los Angeles, CA  90071-3124
9   Telephone:   (213) 688-1000
    Facsimile:    (213) 243-6330
10
    Attorneys for
11  **ROBB EVANS & ASSOCIATES LLC**
    **as Receiver**
12

13                  **UNITED STATES DISTRICT COURT**

14                       **DISTRICT OF NEVADA**

15

16  FEDERAL TRADE COMMISSION,        CASE NO.  2:09-CV-01349-PMP-RJJ

17                 Plaintiff,        **[PROPOSED] ORDER**
                                     **AUTHORIZING REGISTRATION**
18  v.                               **OF FINAL MONETARY**
                                     **JUDGMENT IN DISTRICT OF**
19  GRANT CONNECT, LLC, etc., et     **UTAH UNDER 28 U.S.C. § 1963**
    al.,
                                     [Filed Concurrently with Notice of
20                 Defendants.       Motion and Motion; Memorandum of
                                     Points and Authorities; Declaration of
21                                   Brick Kane]

22

23

24       The Court, having considered the Motion to Authorize Registration of Final

25  Monetary Judgment in the District of Utah under 28 U.S.C. § 1963, and the

26  pleadings and papers in support thereof ("Motion"), filed by Robb Evans &

27  Associates LLC ("Receiver") as Receiver for Global Gold Inc., Pink LP, Vantex

28

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

1  Group LLC, Vertek Group, LLC, Grant Connect, LLC, Horizon Holdings, LLC and

2  O'Connell Gray, LLC and their successors, assigns, affiliates or subsidiaries, and

3  good cause appearing therefor,

4      IT IS ORDERED that the Receiver is authorized to register forthwith in the

5  District of Utah this Court's Final Monetary Judgment entered November 2, 2011

6  in favor of plaintiff Federal Trade Commission and jointly and severally against

7  defendants Rachel A. Cook, James J. Gray, Steven R. Henriksen, Michael L.

8  Henriksen, Jr., Tasha Jn Paul, Kyle R. Kimoto, Ryan D. O'Connell, Grant Connect,

9  LLC, Horizon Holdings, LLC, O'Connell Gray, LLC, Consolidated Merchant

10  Solutions, LLC, OS Marketing Group, LLC, Acai, Inc., AllClear Communications,

11  Inc., Dragon Group, Inc., Elite Benefits, Inc., Global Fulfillment, Inc., Global Gold,

12  Inc., Global Gold Limited, Healthy Allure, Inc., MSC Online, Inc., Paid to Process,

13  Inc., Premier Plus Member, Inc., Total Health, Inc., and Vcomm, Inc. pursuant to

14  28 U.S.C. § 1963.

15

16

17  Dated: February 27, 2012.                          _____

18                                       HON. PHILIP M. PRO
                                   UNITED STATES DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 300 South Grand Avenue, 14th Floor, Los Angeles, CA 90071.

On February 10, 2012, I served **[PROPOSED] ORDER AUTHORIZING REGISTRATION OF FINAL MONETARY JUDGMENT IN DISTRICT OF UTAH UNDER 28 U.S.C. § 1963** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed on February 10, 2012 at Los Angeles, California.

_____
*/s/ Joy Ryan*
Joy Ryan

1

**SERVICE LIST**

2

3      The following CM/ECF participants were served by electronic means on

4   February 10, 2012:

5

6   Blaine T. Welsh          Blaine.Welsh@usdoj.gov, Eunice.jones@usdoj.gov,
                                        sue.knight@usdoj.gov

7

8   Dean Y. Kajioka          kajiokalaw@gmail.com

9   Douglass A. Mitchell     dmitchell@bsfllp.com, swisniewski@bsfllp.com

10  Gary Owen Caris         gcaris@mckennalong.com, lhawes@mckennalong.com.
                                        pcoates@mckennalong.com

11  Lesley Anne Hawes      lhawes@mckennalong.com. gcaris@mckennalong.com,
                                        pcoates@mckennalong.com

12

13  Randolph L. Howard     rhoward@klnevada.com, ckishi@klnevada.com,
                                        usdistrict@klnevada.com

14  Roberto Anguizola       ranguizola@ftc.gov, ranguizola@me.com

15  Tracey Thomas           tthomas@ftc.gov

16  Robin E. Perkins         rperkins@dixontruman.com

17  Jason J. Bach            jbach@bachlawfirm.com, ccross@bachlawfirm.com,
                                        mmascarello@bachlawfirm.com,

18                                    Sandra.herbstreit@bachlawfirm.com

19  Ruthanne M. Deutsch    rdeutsch@ftc.gov

20  Dotan Weinman         dweinman@ftc.gov

21  Steven T. Gubner        ecf@ebg-law.com, sgubner@ebg-law.com

22  Kevin Hahn              kevin@mclaw.org

23

24      The following non-CM/ECF participant was served by electronic mail on

25  February 10, 2012:

26

27      Tasha Jn Paul – writetasha@yahoo.com

28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -

1 | The following non-CM/ECF participants were served by first-class mail,
2 | postage prepaid on February 10, 2012:

3 | Rachel A. Cook
4 | 9329 Colorful Rainbow
5 | Las Vegas, NV 89166

6 | Kyle Kimoto
7 | Reg. No. 07791-025
| Federal Correctional Institution – Beaumont
8 | 6200 Knauth Road
9 | Beaumont, TX 77705

10 | James J. Gray
| 281 Stafford Way
11 | Rochester, NY 14626

12 |
13 | Randy D. O'Connell
| 467 Vancouver Court
14 | Reno, NV 89511

15 | David Willcox, Revenue Officer
| Nevada Department of Taxation
16 | Attn: Bankruptcy Section
| 555 E Washington Ave #1300
17 | Las Vegas, NV 89101

18 |
19 | The following non-CM/ECF participant was served by first-class mail,
20 | postage prepaid, and electronic mail, on February 10, 2012:

21 |
22 | Michael L. Henriksen, Jr.
| 5916 Wildhorse Lodge Avenue
23 | Las Vegas, NV 89131-8977
| E-mail:  tikaharakore@gmail.com
24 |
25 |
26 |
27 |
28 |