RANDOLPH L. HOWARD (Nev. SBN 006688)
 rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
3320 West Sahara Ave., Suite 380
Las Vegas, NV 89102
Telephone:   (702) 362-7800
Direct:           (702) 889-7752
Facsimile:    (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
 gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
 lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:   (213) 688-1000
Facsimile:    (213) 243-6330

Attorneys for
**ROBB EVANS & ASSOCIATES LLC
as Receiver**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>GRANT CONNECT, LLC, etc., et al.,<br><br>                Defendants. | CASE NO.  2:09-CV-01349-PMP-RJJ<br><br>**[PROPOSED] ORDER AUTHORIZING REGISTRATION OF FINAL MONETARY JUDGMENT IN DISTRICT OF UTAH UNDER 28 U.S.C. § 1963**<br><br>[Filed Concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Declaration of Brick Kane] |

The Court, having considered the Motion to Authorize Registration of Final Monetary Judgment in the District of Utah under 28 U.S.C. § 1963, and the pleadings and papers in support thereof ("Motion"), filed by Robb Evans & Associates LLC ("Receiver") as Receiver for Global Gold Inc., Pink LP, Vantex

1  Group LLC, Vertek Group, LLC, Grant Connect, LLC, Horizon Holdings, LLC and
2  O'Connell Gray, LLC and their successors, assigns, affiliates or subsidiaries, and
3  good cause appearing therefor,
4      IT IS ORDERED that the Receiver is authorized to register forthwith in the
5  District of Utah this Court's Final Monetary Judgment entered November 2, 2011
6  in favor of plaintiff Federal Trade Commission and jointly and severally against
7  defendants Rachel A. Cook, James J. Gray, Steven R. Henriksen, Michael L.
8  Henriksen, Jr., Tasha Jn Paul, Kyle R. Kimoto, Ryan D. O'Connell, Grant Connect,
9  LLC, Horizon Holdings, LLC, O'Connell Gray, LLC, Consolidated Merchant
10 Solutions, LLC, OS Marketing Group, LLC, Acai, Inc., AllClear Communications,
11 Inc., Dragon Group, Inc., Elite Benefits, Inc., Global Fulfillment, Inc., Global Gold,
12 Inc., Global Gold Limited, Healthy Allure, Inc., MSC Online, Inc., Paid to Process,
13 Inc., Premier Plus Member, Inc., Total Health, Inc., and Vcomm, Inc. pursuant to
14 28 U.S.C. § 1963.

Dated: February 27, 2012.

_____
HON. PHILIP M. PRO
UNITED STATES DISTRICT COURT JUDGE

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:17909053.1

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, 14th Floor, Los Angeles, CA 90071.

On February 10, 2012, I served **[PROPOSED] ORDER AUTHORIZING REGISTRATION OF FINAL MONETARY JUDGMENT IN DISTRICT OF UTAH UNDER 28 U.S.C. § 1963** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on February 10, 2012 at Los Angeles, California.

*/s/ Joy Ryan*
Joy Ryan

# SERVICE LIST

The following CM/ECF participants were served by electronic means on February 10, 2012:

| Name | Email |
|---|---|
| Blaine T. Welsh | Blaine.Welsh@usdoj.gov, Eunice.jones@usdoj.gov, sue.knight@usdoj.gov |
| Dean Y. Kajioka | kajiokalaw@gmail.com |
| Douglass A. Mitchell | dmitchell@bsfllp.com, swisniewski@bsfllp.com |
| Gary Owen Caris | gcaris@mckennalong.com, lhawes@mckennalong.com. pcoates@mckennalong.com |
| Lesley Anne Hawes | lhawes@mckennalong.com. gcaris@mckennalong.com, pcoates@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Roberto Anguizola | ranguizola@ftc.gov, ranguizola@me.com |
| Tracey Thomas | tthomas@ftc.gov |
| Robin E. Perkins | rperkins@dixontruman.com |
| Jason J. Bach | jbach@bachlawfirm.com, ccross@bachlawfirm.com, mmascarello@bachlawfirm.com, Sandra.herbstreit@bachlawfirm.com |
| Ruthanne M. Deutsch | rdeutsch@ftc.gov |
| Dotan Weinman | dweinman@ftc.gov |
| Steven T. Gubner | ecf@ebg-law.com, sgubner@ebg-law.com |
| Kevin Hahn | kevin@mclaw.org |

The following non-CM/ECF participant was served by electronic mail on February 10, 2012:

Tasha Jn Paul – writetasha@yahoo.com

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 4 -

LA:17909053.1

The following non-CM/ECF participants were served by first-class mail, postage prepaid on February 10, 2012:

Rachel A. Cook
9329 Colorful Rainbow
Las Vegas, NV 89166

Kyle Kimoto
Reg. No. 07791-025
Federal Correctional Institution – Beaumont
6200 Knauth Road
Beaumont, TX 77705

James J. Gray
281 Stafford Way
Rochester, NY 14626

Randy D. O'Connell
467 Vancouver Court
Reno, NV 89511

David Willcox, Revenue Officer
Nevada Department of Taxation
Attn: Bankruptcy Section
555 E Washington Ave #1300
Las Vegas, NV 89101

The following non-CM/ECF participant was served by first-class mail, postage prepaid, and electronic mail, on February 10, 2012:

Michael L. Henriksen, Jr.
5916 Wildhorse Lodge Avenue
Las Vegas, NV 89131-8977
E-mail:  tikaharakore@gmail.com