UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| FEDERAL TRADE COMMISSION, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:09-cv-1349-PMP-RJJ |
| vs. | ) | |
| GRANT CONNECT, LLC., *et al.*, | ) | O R D E R |
| Defendant, | ) | |
| and | ) | |
| CREDIT UNION 1, | ) | |

This matter was submitted to the undersigned Magistrate Judge on the Verification and Request for Hearing (#391) filed by Judgment Debtor, Steven R. Henriksen.

The Court having reviewed the Verification and Request for Hearing (#391) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing on the matter is scheduled for September 13, 2012, at 11:30 AM in LV courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Judgment Debtor Steven R. Henriksen must be present in Court for this hearing.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Judgment Debtor, Steven R. Henriksen by certified mail, return receipt request. Proof of service

1  shall be filed in this case.

2  DATED this   21st<sup>h</sup>   day of August, 2012.

  _____
  ROBERT J. JOHNSTON
  United States Magistrate Judge