RANDOLPH L. HOWARD (Nev. SBN 006688)
  rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone:    (702) 362-7800
Direct:       (702) 889-7752
Facsimile:    (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
  gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
  lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:    (213) 688-1000
Facsimile:    (213) 243-6330

Attorneys for **ROBB EVANS & ASSOCIATES LLC as Receiver**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GRANT CONNECT, LLC; et al.,<br><br>Defendants. | CASE NO.  2:09-CV-01349-PMP-RJJ<br><br>[PROPOSED] **ORDER: (1) APPROVING RECEIVER'S SUPPLEMENTAL FINAL REPORT SET FORTH HEREIN AND FINAL ACCOUNTING; (2) APPROVING SUPPLEMENTAL FEE REQUEST AND AUTHORIZING PAYMENT OF RECEIVER'S AND COUNSEL'S FEES AND EXPENSES [JANUARY 1, 2012 THROUGH CONCLUSION OF WIND UP]; (3) DISCHARGING RECEIVER AND EXONERATING ITS BOND; AND (4) FOR RELATED RELIEF** |

The Motion for Order: (1) Approving Receiver's Supplemental Final Report Set Forth Herein and Final Accounting; (2) Approving Supplemental Fee Request

1  and Authorizing Payment of Receiver's and Counsel's Fees and Expenses [January
2  1, 2012 Through Conclusion of Wind Up]; (3) Discharging Receiver and
3  Exonerating Its Bond; and (4) For Related Relief ("Final Wind Up Motion") filed
4  by Robb Evans & Associates LLC ("Receiver"), the Court-appointed Receiver for
5  Global Gold Inc., Pink LP, Vantex Group LLC, Vertek Group, LLC, Grant
6  Connect, LLC, Horizon Holdings, LLC and O'Connell Gray, LLC and their
7  successors, assigns, affiliates or subsidiaries, came on regularly before the Court for
8  determination.  The Court having reviewed and considered the Final Wind Up
9  Motion and all pleadings and papers filed in support thereof, and having reviewed
10  and considered all responses or oppositions filed thereto, if any, and good cause
11  appearing therefor,
12       IT IS ORDERED that:
13       1.    The Final Wind Up Motion and all relief sought therein is hereby
14  granted;
15       2.    Without limiting the generality of the foregoing:
16       A.    The supplemental final report of the Receiver's activities reflected in
17  the Final Wind Up Motion, including the Receiver's supplemental final accounting
18  ("Final Accounting") attached as Exhibit 1 to the Declaration of Brick Kane filed in
19  support of the Final Wind Up Motion, the activities of the Receiver described
20  therein, and all actions and activities taken by or on behalf of the Receiver and all
21  payments made by the Receiver in connection with the administration of the
22  receivership estate are hereby approved and confirmed;
23       B.    All receivership administrative expenses, including the Receiver's fees
24  and expenses and those of its counsel incurred in connection with the receivership
25  proceeding, including those previously paid to the Receiver and its counsel, and all
26  actual unpaid administrative expenses and Receiver's and counsel's fees and
27  expenses incurred from January 1, 2012 through the conclusion of this proceeding
28

1  and the discharge of the Receiver, as reflected in the Final Wind Up Motion and the
2  Final Accounting, including all Receiver's and counsel's fees and expenses actually
3  incurred and unpaid from September 1, 2012 through the closing of the estate
4  which are estimated in the Final Accounting, are hereby approved and authorized to
5  be paid from the Hold Back funds held by the Receiver pursuant to the Court's
6  March 1, 2012 Order (Doc. No. 378);

7       C.    The Receiver is authorized to turn over to plaintiff Federal Trade
8  Commission ("FTC") all funds remaining in the receivership estate from the Hold
9  Back funds after payment of all administrative expenses, including payment of the
10 Receiver and its counsel, after wind up of the estate, pursuant to Section XII.F. of
11 the Order for Permanent Injunction filed October 25, 2011 (Doc. No. 346)
12 ("Permanent Injunction") and Section XV.F. of the Stipulated Final Judgment and
13 Order for Permanent Injunction (Doc. No. 337) filed September 1, 2011 ("Vantex
14 Final Judgment");

15      D.    The Receiver is authorized to abandon records of the Receivership
16 Defendants and to destroy all records of the Receivership Defendants in the
17 possession, custody or control of the Receiver, including without limitation all
18 consumer records and files maintained by the Receivership Defendants that are in
19 the possession, custody or control of the Receiver, if, within 30 days after service of
20 written notice to the FTC, the FTC or other governmental agency does not request
21 and take custody of such records and/or the computer equipment;

22      E.    The Receiver, its agents, employees, members, officers, independent
23 contractors, attorneys and representatives shall be: (a) discharged; (b) discharged
24 and released from all claims and liabilities arising out of and/or pertaining to the
25 receivership herein; and (c) relieved of all duties and responsibilities pertaining to
26 the receivership previously established in this action effective upon the completion
27 of the Receiver's wind up of the estate, payment of administrative expenses, receipt

28

1  of additional receivership funds from ePay Data as explained in the Final Wind Up
2  Motion, and turnover of the remaining receivership funds to the FTC as provided
3  herein;
4       F.    The Receiver's bond is exonerated effective upon the completion of
5  the Receiver's wind up of the estate, payment of administrative expenses receipt of
6  additional receivership funds from ePay Data as explained in the Final Wind Up
7  Motion, and turnover of the remaining receivership funds to the FTC as provided
8  herein;
9       G.    The Court hereby retains jurisdiction over this case and the
10 receivership in order to address any disputes which may arise concerning the wind
11 up of the receivership estate and the relief provided under the order on the Final
12 Wind Up Motion; and
13      H.    Limited notice of the Final Wind Up Motion and the supplemental
14 final report and Final Accounting under Local Rule of Civil Practice 66-5 is hereby
15 approved, notice and service of the Final Wind Up Motion is hereby deemed
16 sufficient by service of the Final Wind Up Motion on the parties to this action, and
17 the service of the notice of filing of the Final Wind Up Motion on the known non-
18 consumer, vendor and other similar creditors of the Receivership Defendants but
19 not on the potential consumer creditors, and the posting of a copy of the Final Wind
20 Up Motion, exclusive of voluminous time records, is posted on the Receiver's web
21 site for the case.

Dated: November 1, 2012

_____
HON. PHILIP M. PRO
UNITED STATES DISTRICT COURT JUDGE

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

-4-

LA:17991058.1

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, 14th Floor, Los Angeles, CA 90071.

On October 31, 2012, I served the **[PROPOSED] ORDER: (1) APPROVING RECEIVER'S SUPPLEMENTAL FINAL REPORT SET FORTH HEREIN AND FINAL ACCOUNTING; (2) APPROVING SUPPLEMENTAL FEE REQUEST AND AUTHORIZING PAYMENT OF RECEIVER'S AND COUNSEL'S FEES AND EXPENSES [JANUARY 1, 2012 THROUGH CONCLUSION OF WIND UP]; (3) DISCHARGING RECEIVER AND EXONERATING ITS BOND; AND (4) FOR RELATED RELIEF** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on October 31, 2012 at Los Angeles, California.

/s/ Christina Berzaman
Christina Berzaman

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:17991058.1

## SERVICE LIST

The following CM/ECF participants were served by electronic means on October 31, 2012:

| | |
|---|---|
| Blaine T. Welsh | Blaine.Welsh@usdoj.gov, Eunice.jones@usdoj.gov, sue.knight@usdoj.gov |
| Dean Y. Kajioka | kajiokalaw@gmail.com |
| Douglass A. Mitchell | dmitchell@bsfllp.com, swisniewski@bsfllp.com |
| Gary Owen Caris | gcaris@mckennalong.com, lhawes@mckennalong.com. pcoates@mckennalong.com |
| Lesley Anne Hawes | lhawes@mckennalong.com. gcaris@mckennalong.com, pcoates@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Roberto Anguizola | ranguizola@ftc.gov, ranguizola@me.com |
| Tracey Thomas | tthomas@ftc.gov |
| Robin E. Perkins | rperkins@dixontruman.com |
| Jason J. Bach | jbach@bachlawfirm.com, ccross@bachlawfirm.com, mmascarello@bachlawfirm.com, Sandra.herbstreit@bachlawfirm.com |
| Ruthanne M. Deutsch | rdeutsch@ftc.gov |
| Dotan Weinman | dweinman@ftc.gov |
| Steven T. Gubner | ecf@ebg-law.com, sgubner@ebg-law.com |
| Kevin Hahn | kevin@mclaw.org |

The following non-CM/ECF participant was served by electronic mail on October 31, 2012:

Tasha Jn Paul – writetasha@yahoo.com

The following non-CM/ECF participants were served by first-class mail, postage prepaid on October 31, 2012:

Rachel A. Cook
9329 Colorful Rainbow
Las Vegas, NV 89166

Kyle Kimoto
Reg. No. 07791-025
FCI Beaumont Medium
Federal Correctional Institution
P.O. Box 26040
Beaumont, TX 77720

James J. Gray
281 Stafford Way
Rochester, NY 14626

Randy D. O'Connell
467 Vancouver Court
Reno, NV 89511

David Willcox, Revenue Officer
Nevada Department of Taxation
Attn: Bankruptcy Section
555 E Washington Ave #1300
Las Vegas, NV 89101

The following non-CM/ECF participant was served by first-class mail, postage prepaid, and electronic mail, on October 31, 2012:

Michael L. Henriksen, Jr.
5916 Wildhorse Lodge Avenue
Las Vegas, NV 89131-8977
E-mail: tikaharakore@gmail.com