ROBERTO ANGUIZOLA
ranguizola@ftc.gov
TRACEY THOMAS
tthomas@ftc.gov
DOTAN WEINMAN
dweinman@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue, NW, H-286
Washington, DC 20580
202-326-3284 (Anguizola)
202-326-2704 (Thomas)
202-326-3904 (Weinman)
202-326-3395 (Fax)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:09-CV-01349-PMP-NJK |
| Plaintiff, | |
| v. | |
| GRANT CONNECT, LLC, et al., | |
| Defendants | |

**[PROPOSED]**
**ORDER**

The Court having considered Plaintiff Federal Trade Commission's ("FTC") Motion and for Leave to Appear at the January 24, 2013 Hearing by Telephone, and finding good and sufficient cause therefore, IT IS HEREBY ORDERED that Plaintiff FTC's motion to appear by telephone is **GRANTED.**

**IT IS SO ORDERED:**

_____
THE HONORABLE MAGISTRATE
JUDGE NANCY J. KOPPE

DATED: January 11, 2013